DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHRISTOPHER STRAUB,

Appellant,

v.

MELISSA HENDERSON, as Successor Trustee of the
Margaret McShane Revocable Trust Dated March 24, 2016,

Appellee.

No. 2D2025-1787
_____

February 25, 2026

Appeal from the Circuit Court for Hillsborough County; Emily A. Peacock, Judge.

Christopher Straub, pro se.

Marc C. Mann of Berlin Patten Ebling PLLC, Tampa, for Appellee.


PER CURIAM.

Affirmed. *See Clerk of Ct. & Comptroller for 13th Jud. Cir., Hillsborough Cnty. v. Rangel*, No. 2D2024-1772, 2025 WL 2486314, at *2 (Fla. 2d DCA Aug. 29, 2025) ("[T]he dangers of relying on generative artificial intelligence have been discussed in the media, in legal publications, and in court opinions."); *Takefman v. Pickleball Club, LLC*, 418 So. 3d 826, 827 (Fla. 3d DCA 2025) ("We write, however, to address

an issue of growing concern—the proliferation of fake or hallucinated case citations in court filings. . . . Opposing counsel, and the court, should not have to parse case citations and parentheticals to discern whether cases exist, and if so, if they stand for the propositions asserted."), *reh'g denied* (Sept. 11, 2025); *Goya v. Hayashida*, 418 So. 3d 652, 655 (Fla. 4th DCA 2025) ("An attempt to persuade a court or oppose an adversary by relying on fake opinions is an abuse of the adversary system." (quoting *Park v. Kim*, 91 F.4th 610, 615 (2d Cir. 2024))); *see also Gutierrez v. Gutierrez*, 399 So. 3d 1185, 1187-88 (Fla. 3d DCA 2024) (dismissing pro se appellant's appeal and imposing sanctions for filing briefs that contained "fictitious and nonexistent case law").

LUCAS, C.J., and NORTHCUTT and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.